IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RANDY LYOD TURPEN                                                                                      PLAINTIFF

v.                                            Civil No. 2:20-CV-02227

LT. WYATT McINTYRE, *et. al.*                                                                     DEFENDANTS

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This is a civil rights action filed under 42 U.S.C. § 1983. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2011), the Honorable P. K. Holmes, III, United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation.

Currently before the Court is Defendants' Motion to Dismiss filed on October 27, 2021. (ECF No. 20). As grounds, Defendants state that Plaintiff has failed to appear for two scheduled video depositions. (*Id.*). They state the first deposition was scheduled for August 17, 2021. (*Id.* at 1). Plaintiff was advised of the video deposition by letter, but did not contact counsel's office to provide his email for the Zoom link. (*Id.*). Plaintiff did not appear for the deposition. (*Id.*). Plaintiff contacted their office on September 17, 2021, provided his email address, and indicated he thought the deposition had been set for that day. (*Id.*). Defendants' counsel advised Plaintiff of the error, and further advised him that they would reschedule the deposition. (*Id.*). The second video deposition was scheduled for 12:30 pm on September 28, 2021. Defendants state Plaintiff was advised of this time and date by both regular mail and email. (*Id.* at 1-2). Ronnie Forthmon of Bushman Court Reporting emailed Plaintiff the Zoom link on September 27, 2021. (*Id.* at 2). This email clearly stated the time and date of the deposition. (*Id.*). Plaintiff did not appear. (*Id.*). According to the deposition transcript, the deposition was concluded at 12:42 pm. (ECF No. 20-

1

4 at 4). Defendants' counsel has not heard from the Plaintiff regarding his second missed video deposition and has not received any returned mail from Plaintiff. (ECF No. 20 at 2).

The Court entered the Initial Scheduling Order for this case on March 22, 2021. (ECF No. 10). In this Order, Plaintiff was advised that failure to attend, be sworn, and answer appropriate questions for any scheduled deposition could result in sanctions, including dismissal of the action pursuant to Fed. R. Civ. P. 37.

Plaintiff has failed to comply with a Court Order. Plaintiff has failed to appear at two scheduled video depositions. Plaintiff has failed to prosecute this matter. Pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2), Plaintiff's Complaint should be dismissed without prejudice for failure to comply with the Court's Local Rules and Orders and failure to prosecute this case.

Accordingly, it is recommended that Plaintiff's Amended Complaint (ECF No. 6) be DISMISSED WITHOUT PREJUDICE.

**The parties have fourteen (14) days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 2nd day of November 2021.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE