IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RANDY LYOD TURPEN                                                                                    PLAINTIFF

       v.                              CASE NO. 2:20-CV-2227

LT. WYATT McINTYRE,
SGT. JAIL ADMIN. EDDIE SMITH,
JAIL ADMINISTRATOR ASHLEY SMITH,
CAPTAIN WILLIAM DUMAS,
CO HEWING, AND
JANE DOE/NIGHT NURSE                                                                          DEFENDANTS

**<u>ORDER</u>**

    The Court has received a report and recommendation (Doc. 22) from Chief United States Magistrate Judge Mark E. Ford.  No objections have been filed and the deadline to file objections has passed.  The Magistrate recommends that the Court dismiss this action without prejudice for failure to prosecute.  The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

    IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE.  Judgment will be entered accordingly.

    IT IS SO ORDERED this November 22, 2021.

                                                  /s/P. K. Holmes III
                                                  P.K. HOLMES III
                                                  U.S. DISTRICT JUDGE